# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS (HOUSTON)

|  |  |
|---|---|
| - - - - - - - - - - - - - - - - - - - - - - - - - - -x<br>:<br>**In re** :<br>:<br>**DESKTOP METAL, INC.,** *et al.,* :<br>:<br>**Debtors.**[1] :<br>:<br>:<br>- - - - - - - - - - - - - - - - - - - - - - - - - - -x | **Chapter 11**<br><br>**Case No. 25-90268 (CML)**<br><br>**(Jointly Administered)** |

## SCHEDULE OF LIABILITIES FOR
## DENTAL ARTS LABORATORIES, INC. (CASE NO. 25-90272)

---

1    The Debtors in these chapter 11 cases and the last four digits of their respective federal tax identification numbers are: Adaptive3D LLC (3990); Adaptive 3D Technologies, LLC (5893); Beacon Bio, Inc. (9005); Brewer Tafla Dental Technologies, Inc (6452); Dental Arts Laboratories, Inc. (8905); Desktop Labs, Inc.(5344); Desktop Metal Operating, Inc. (7659); Desktop Metal Securities Corporation (9007); Desktop Metal, Inc. (4042); EnvisionTEC US LLC (2483); ExOne Americas LLC (3443); ExOne Operating, LLC (8851); Figur Machine Tools LLC (2489); Larry Brewer Dental Lab Inc. (0215); May Dental Arts, LLC (8558); and The Syzygy Memory Plastics Corp. (8063). The location of the Debtors' corporate headquarters and service address is: 63 Third Avenue, Burlington, MA 01803

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| DESKTOP METAL, INC., *et al.*, | Case No. 25-90268 (CML) |
| | (Jointly Administered) |
| Debtors.[1] | |

**GLOBAL NOTES AND STATEMENTS OF LIMITATIONS, METHODOLOGY,
AND DISCLAIMERS REGARDING DEBTORS' SCHEDULES OF LIABILITIES**

Desktop Metal, Inc. and certain of its affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (the "Debtors"), have filed their respective Schedules of Liabilities (the "Schedules") in the United States Bankruptcy Court for the Southern District of Texas, Houston Division (the "Bankruptcy Court"). The Debtors, with the assistance of their Chief Restructuring Officer, Andrew Hinkelman (the "CRO"), and their Chief Transformation Officer, Chas Harvick (the "CTO"), prepared the Schedules in accordance with section 521 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 1007-1 of the Local Bankruptcy Rules for the Southern District of Texas (the "Local Rules").

Mr. Hinkelman has signed each set of Schedules, solely in his capacity as the Debtors' CRO and not in any other capacity. In reviewing and signing the Schedules, the CRO has necessarily relied upon the efforts, statements, and representations of the Debtors' personnel and professionals. Given the scale and complexity of the Debtors' businesses that are covered by the Schedules, the CRO has not (and could not have) personally verified the accuracy of each such statement and representation, including statements and representations concerning amounts owed to creditors.

In preparing the Schedules, the Debtors and their professionals relied on financial data derived from the Debtors' books and records that was available at the time of such preparation, as described herein. Although the Debtors have made commercially reasonable efforts to ensure the accuracy and completeness of the Schedules, subsequent information or discovery may result in

---

[1]   The Debtors in these chapter 11 cases and the last four digits of their respective federal tax identification numbers are:  Adaptive3D LLC (3990); Adaptive 3D Technologies, LLC (5893); Beacon Bio, Inc. (9005); Brewer Tafla Dental Technologies, LLC (6452); Dental Arts Laboratories, Inc. (8905); Desktop Labs, Inc. (5344); Desktop Metal Operating, Inc. (7659); Desktop Metal Securities Corporation (9007); Desktop Metal, Inc. (4042); EnvisionTEC US LLC (2483); ExOne Americas LLC (3443); ExOne Operating, LLC (8851); Figur Machine Tools LLC (2489); Larry Brewer Dental Lab Inc. (0215); May Dental Arts, LLC (8558); and The Syzygy Memory Plastics Corp. (8063). The location of the Debtors' corporate headquarters and the Debtors' service address is: 63 Third Avenue, Burlington, MA 01803.

material changes to the Schedules. As a result, errors or omissions may exist. For the avoidance of doubt, the Debtors hereby reserve their rights to amend and supplement the Schedules as may be necessary or appropriate.

The Debtors, their CRO and CTO, agents and attorneys do not guarantee or warrant the accuracy or completeness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein. While commercially reasonable efforts have been made to provide accurate and complete information herein, inadvertent errors or omissions may exist. The Debtors, their CRO, their CTO, agents and attorneys expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised, or re-categorized, except as required by applicable law. In no event shall the Debtors, their CRO, their CTO, or their officers, employees, agents, or professionals be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtors or their officers, employees, agents, attorneys, or professionals are advised of the possibility of such damages.

## Global Notes and Overview of Methodology

1. **Description of Cases**. On July 28, 2025, (the "Petition Date"), each Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code with the Bankruptcy Court. The Debtors are operating their businesses and managing their property as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On July 29, 2025, an order was entered directing procedural consolidation and joint administration of these chapter 11 cases [Docket No. 29]. Notwithstanding the joint administration of the Debtors' cases for procedural purposes, each Debtor has filed its own Schedules. The information provided herein, except as otherwise noted, is reported as set forth herein.

2. **Global Notes Control**. These Global Notes pertain to and comprise an integral part of each of the Debtors' Schedules and should be referenced in connection with any review thereof. As such, the information contained in the Schedules is expressly subject to the terms of these Global Notes. If the Schedules conflict with these Global Notes, these Global Notes shall control.

3. **Reservations and Limitations**. Reasonable efforts have been made to prepare and file complete and accurate Schedules based upon the information available in the Debtors' books and records as described herein; however, as noted above, errors or omissions may exist. The Debtors reserve all rights to amend and supplement the Schedules as may be necessary or appropriate. Nothing contained in the Schedules constitutes a waiver of any of the Debtors' rights or an admission of any kind with respect to these chapter 11 cases, including, but not limited to, any rights or claims of the Debtors against any third party or issues involving substantive consolidation, equitable subordination, or defenses or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other

relevant applicable bankruptcy or non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph or elsewhere.

a.  **No Admission**. Nothing contained in the Schedules is intended or should be construed as an admission or stipulation of the validity of any claim against the Debtors, any assertion made therein or herein, or a waiver of the Debtors' rights to dispute any claim or assert any cause of action or defense against any party.

b.  **Recharacterization**. Notwithstanding that the Debtors have made reasonable efforts to correctly characterize, classify, categorize, or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules, the Debtors nonetheless may have improperly characterized, classified, categorized, or designated certain items. The Debtors thus reserve all rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules at a later time as is necessary and appropriate.

c.  **Classifications**. Listing (i) a claim on Schedule D as "secured," or (ii) a claim on Schedule E/F as "priority" or "unsecured," does not constitute an admission by the Debtors of the legal rights of the claimant, or a waiver of the Debtors' rights to recharacterize or reclassify such claim.

d.  **Claims Description**. Any failure to designate a claim on a given Debtor's Schedules as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent," or "unliquidated." The Debtors reserve all rights to dispute, or assert offsets or defenses to, any claim reflected on their respective Schedules on any grounds, including, without limitation, liability or classification, or to otherwise subsequently designate such claims as "disputed," "contingent," or "unliquidated" or object to the extent, validity, enforceability, priority, or avoidability of any claim. Moreover, listing a claim does not constitute an admission of liability by the Debtor against which the claim is listed or by any of the Debtors. The Debtors reserve all rights to amend their Schedules as necessary and appropriate, including, but not limited to, with respect to claim description and designation.

e.  **Estimates and Assumptions, Historical Books and Records**. Prior to these chapter 11 cases, the Debtors operated on a quarterly close cycle and monthly financials were not finalized on a regular, monthly basis. The Debtors used best estimates, based in some cases on the most recent financial statements as of June 30, 2025 (i.e. the most recent quarterly close). Except for accounts payable ("Accounts Payable"), which remain subject to ongoing payment and reconciliation, all financial information is presented as of June 30, 2025. The Debtors made reasonable estimates to prorate certain liabilities through the Petition Date, and may include contingent or unliquidated amounts due to estimation and timing differences. Given the time required to complete the month-end close process, the Debtors, where possible, made reasonable estimates to prorate certain liabilities through the Petition Date. Certain accrued liability accounts, including

short-term lease obligations, may be overstated. Accordingly, these amounts have been designated as contingent and/or unliquidated. In certain instances, the preparation of the Schedules required the Debtors to make reasonable estimates and assumptions with respect to the reported amounts of liabilities and the amount of contingent liabilities. Actual results could differ from such estimates or the information presented in the Schedules.

4. **Methodology**.

a. **Basis of Presentation**. The Schedules do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled to the financial statements of each Debtor. The Schedules contain unaudited information that is subject to further review and potential adjustment. The Schedules reflect the Debtors' reasonable efforts to report the liabilities of each Debtor on an unconsolidated basis as set forth herein, except as may be noted on the applicable Schedules or herein.

b. **Allocation of Liabilities**. The Debtors used their best efforts, and in good faith, to distinguish and allocate liabilities between the prepetition and post-petition periods based on the information and research conducted in connection with the preparation of the Schedules. As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and post-petition periods may change. The Debtors reserve the right to amend the Schedules in their discretion, as set forth herein.

c. **Undetermined Amounts**. The description of an amount as "unknown" or "undetermined" is not intended to reflect upon the materiality of such amount.

d. **Unliquidated Amounts**. Amounts that cannot be quantified by the Debtors are scheduled as "unliquidated" or "unknown."

e. **Totals**. All totals that are included in the Schedules represent totals of all known and ascertainable amounts reflected in the Debtors' books and records as set forth herein. To the extent there are unknown or undetermined amounts, the actual total may be materially different than the listed total.

f. **Intercompany Claims**. Payables among the Debtors and among the Debtors and their non-Debtor affiliates are reported on Schedule E/F, per the Debtors' books and records. The listing of any amounts with respect to such payables is not, and should not be construed as, an admission of the characterization of such balances as debt, equity, or otherwise. These claims are subject to reconciliation and the amounts listed may be materially misstated and subject to material adjustment upon the conclusion of a reconciliation.

g. **Guarantees and Other Secondary Liability Claims**. The Debtors have exercised reasonable efforts to locate and identify guarantees in their executory contracts, unexpired leases, secured financings, and other such agreements. Where guarantees

have been identified, they have been included in the relevant Schedule for the affected Debtor or Debtors. The Debtors may have inadvertently omitted guarantees embedded in their contractual agreements and may identify additional guarantees as they continue their review of their books and records and contractual agreements. The Debtors reserve their rights to amend the Schedules if additional guarantees are identified.

h. **Excluded Assets and Liabilities**. The Debtors have excluded the following categories of liabilities from the Schedules: certain deferred rent charges and certain accrued liabilities including, but not limited to, those liabilities addressed in the First Day Orders.[2] To the extent the Debtors paid any amounts pursuant to the First Day Orders, the associated claims are not listed in the Debtors' Schedules. Other immaterial liabilities may also have been excluded.

i. **Currency**. Unless otherwise indicated, all amounts are reflected in U.S. dollars.

j. **Setoffs**. The Debtors incur setoffs and net payments in the ordinary course of business. Such setoffs and nettings may occur due to a variety of transactions or disputes including, but not limited to, intercompany transactions, counterparty settlements, deposits received from customers, and amounts due from customers that may also be vendors. These normal, ordinary course setoffs and nettings are due to the nature of the Debtors operational relationships. Such setoffs and other similar rights may have been accounted for when scheduling certain amounts, these ordinary course setoffs are not independently accounted for, and as such, are or may be excluded from the Debtors' Schedules. In addition, some amounts listed in the Schedules may have been affected by setoffs or nettings by third parties of which the Debtors are not yet aware. The Debtors reserve all rights to challenge any setoff and/or recoupment rights that may be asserted.

5. **Specific Schedules Disclosures**.

a. **Schedule D - Creditors Who Have Claims Secured by Property**. Except as may otherwise be agreed pursuant to the *Interim Order( A) Authorizing the Use of Cash Collateral, (B) Providing Adequate Protection, (C) Modifying the Automatic Stay,*

---

[2]   As used herein, "First Day Orders" refers to (a) *Order Authorizing the Debtors to (I) Pay and/or Honor Prepetition Wages, Salaries, Employee Benefits, and Other Compensation; (II) Remit Withholding Obligations and Deductions; (III) Maintain Employee Compensation and Benefits Programs and Pay Related Administrative Obligations; and (IV) Have Applicable Banks and Other Financial Institutions Receive, Process, Honor, and Pay Certain Checks Presented for Payment and Honor Certain Fund Transfer Requests [Docket No. 82]* (the "Wages Order"); (b) *Order (I) Authorizing the Payment of Certain Taxes and Fees and (II) Granting Related Relief* [Docket No. 85] (the "Taxes Order"); (c) *Order (I) Authorizing the Debtors to (A) Continue Insurance Coverage Entered Into Prepetition and Satisfy Prepetition Obligations Related Thereto, (B) Renew, Amend, Supplement, Extend, or Purchase Insurance Policies; (II) Approving Continuation of the Customs Bond Program; and (III) Granting Related Relief [Docket No. 87];* and (d) *Interim Order (I) Authorizing Maintenance of Existing Bank Accounts; (II) Authorizing Continuance of Existing Cash Management System; (III) Granting Limited Waiver of Section 345(B) Deposit Requirements; (IV) Authorizing Continued Performance of Intercompany Transactions and Funding; (V) Authorizing Maintenance of Corporate Card Programs, and (VI) Granting Related Relief* [Docket No. 84].

*and (D) Scheduling a Final Hearing* [Docket No. 117] (the "Interim Cash Collateral Order") or other stipulation or order entered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D. Moreover, although the Debtors have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim.

The descriptions provided in Schedule D are intended only to be a summary. Reference to the applicable agreements and other related relevant documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens. In certain instances, a Debtor may be a co-obligor, co-mortgagor, or guarantor with respect to scheduled claims of other Debtors, and no claim set forth on Schedule D of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities.

The Debtors have not included on Schedule D parties that may believe their claims are secured through setoff rights or inchoate statutory lien rights.

Claims on Schedule D arose, or were incurred, on various dates. In certain instances, the date on which such claim arose may be an issue of fact.

Except as otherwise agreed in accordance with any stipulation and order entered by the Bankruptcy Court, the Debtors reserve their rights to investigate, dispute, or challenge the validity, perfection, or immunity from avoidance of any lien listed on Schedule D purported to be granted to a secured creditor or perfected in any specific asset.

The descriptions provided on Schedule D are intended only as a summary. Reference to the applicable loan agreements and/or other appliable agreements and documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens.  Nothing in these Global Notes or in the Schedules shall be deemed a modification, interpretation, or an acknowledgment of the terms of such agreements or related documents.

Schedule D require the Debtors to identify certain obligations to "an insider or related party".  Solely for purposes of Schedule D, the Debtor included as "insiders" or "related parties" the following:  (a) the Debtor's directors, (b) the Debtors' officers, (c) a person in control of the Debtors, and (d) any relatives of any of the foregoing (if known by the Debtors), each as determined as of the Petition Date. Persons have been included in Schedule D for informational purposes only, and the listing of an individual as an "insider" or "related party" is not intended to be, and should not be construed as, a legal characterization of that person as an "insider" or "related party" and does not act as an admission of any fact, claim, right, or defense, and all such rights, claims, and defenses are reserved.  Moreover, the designation

or non-designation of a party as an "insider" or "related party" for purposes of the Schedule D is not intended to be, nor should it be, construed an admission of any fact, right, claim, or defense, and all such rights, claims, and defenses are hereby expressly reserved. Information regarding the individuals listed as an "insider" or "related party" in Schedule D has been included for informational purposes only and such information may not be used for the purposes of determining control of the Debtors, the extent to which any individual exercised management responsibilities or functions, corporate decision-making authority over the Debtors, or whether such individual could successfully argue that he or she is not an insider under applicable law, including the Bankruptcy Code and federal securities laws, or with respect to any theories of liability or any other purpose.

a.    **Schedule E/F - Creditors Who Have Unsecured Claims.**

*Part 1 - Creditors with Priority Unsecured Claims*. Pursuant to the Taxes Order, the Debtors have been granted the authority to pay, in their discretion, certain tax liabilities that accrued prepetition. The Debtors are in the process of reconciling their potential tax liabilities in various jurisdictions and, consequently, such liabilities are indicated as "Unliquidated," and any amounts listed constitute the Debtors' good faith estimates of the amounts of such liabilities. To the extent the Debtors paid any such prepetition taxes in accordance with the Taxes Order, the associated claims are not listed in the Debtors' Schedules.

Furthermore, pursuant to the Wages Order, the Debtors received authority to pay certain prepetition obligations, including to pay employee wages and other employee benefits, in the ordinary course of business.

The listing of a claim on Schedule E/F, Part 1, does not constitute an admission by the Debtors that such claim or any portion thereof is entitled to priority status.

*Part 2 - Creditors with Nonpriority Unsecured Claims*. The liabilities identified in Schedule E/F, Part 2, are derived from each individual Debtor's books and records as set forth herein. The Debtors made a reasonable attempt to set forth their unsecured obligations, although the actual amount of claims against the Debtors may vary from those liabilities represented on Schedule E/F, Part 2. The listed liabilities may not reflect the correct amount of any unsecured creditor's allowed claims or the correct amount of all unsecured claims.

Schedule E/F, Part 2, contains information regarding threatened or pending litigation involving the Debtors. The amounts for these potential claims are listed as "unknown" and are marked as contingent, unliquidated, and disputed in the Schedules.

Schedule E/F, Part 2, reflects certain prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption or assumption and assignment of an executory contract or unexpired lease. In addition, Schedule E/F, Part 2, does

not include claims that may arise in connection with the rejection of any executory contracts or unexpired leases

Additionally, Schedule E/F, Part 2, contains certain claims related to short-term lease obligations, customer deposits, and litigation matters that the Debtors have marked as contingent, unliquidated, and/or disputed:  To the best of the Debtors' ability, short term lease liabilities are presented as set forth herein.  Additionally, the Debtors have included certain advanced payments and deposits received from customers for the sale of equipment or other goods not yet delivered as of the latest financials, and have been designated as contingent and/or unliquidated, accordingly.  Potential claims arising from ongoing litigation as of the Petition Date have been disclosed in Schedule E/F. These claims have been disclosed as contingent, unliquidated, and disputed as resolution is dependent on future legal proceedings.

As of the time of filing of the Schedules, the Debtors may not have received all invoices for payables, expenses, and other liabilities that may have accrued prior to the Petition Date. Accordingly, the information contained in Schedules D and E/F may be incomplete. The Debtors reserve their rights to amend Schedules D and E/F if and as they receive such invoices, in their independent discretion.

### Right to Amend and/or Supplement

The Debtors reserve the right to amend and/or supplement the Schedules as may be necessary or appropriate.

### General Disclaimer

The Debtors have prepared the Schedules based on the information reflected in the Debtors' books and records. However, the Debtors cannot warrant the absolute accuracy of these documents. The Debtors have made a diligent effort to complete these documents accurately and completely. To the extent additional information becomes available, the Debtors may amend and supplement the Schedules in their reasonable discretion.

The Debtors, their CRO, their CTO, and their officers, employees, agents, attorneys and financial advisors do not guarantee or warrant the accuracy, completeness, or timeliness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused, in whole or in part, by the acts, errors or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained herein. The Debtors, the CRO, the CTO, and their officers, employees, agents, attorneys and financial advisors expressly do not undertake any obligation to update, modify, revise or re-categorize the information provided herein or to notify any third party should the information be updated, modified, revised or re-categorized, except as required by applicable law. In no event shall the Debtors or their CRO or CTO, officers, employees, agents, attorneys and financial advisors be liable to any third party for any direct, indirect, incidental, consequential or special

damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business or lost profits), whether foreseeable or not and however caused.

Debtor   **Dental Arts Laboratories, Inc.**_____   Case number (if known)   **25-90272**_____
          Name

| Fill in this information to identify the case: |
|---|

Debtor name   **Dental Arts Laboratories, Inc.**_____

United States Bankruptcy Court for the:   **Southern District of Texas (Houston)**_____

Case number (if known)   **25-90272**_____

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

| Part 1: | Summary of Assets |
|---|---|

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a.  **Real property:**
    Copy line 88 from Schedule A/B.................................................................... $ _____ **0.00**

    1b.  **Total personal property:**
    Copy line 91A from Schedule A/B.................................................................. $ _____ **0.00**

    1c.  **Total of all property:**
    Copy line 92 from Schedule A/B.................................................................... $ _____ **0.00**

| Part 2: | Summary of Liabilities |
|---|---|

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D........................... $ _____ **55,269,177.80**

3.  ***Schedule E/F:*** **Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a.  **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.................................................. $ _____ **124,843.40**

    3b.  **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................... +$ _____ **2,968,289.09**

4.  **Total liabilities** ..........................................................................................................
    Lines 2 + 3a + 3b

$ _____ **58,362,310.29**

**Fill in this information to identify the case:**

Debtor name  **Dental Arts Laboratories, Inc.**

United States Bankruptcy Court for the:   **Southern District of Texas (Houston)**

Case number (if known)   **25-90272**

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below

**Part 1:** List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|---|
| **2.1** | **Secured creditor name and mailing address**<br><br>INTECH FUNDING CORP.<br>201 E. HUNTINGTON DRIVE<br>SUITE 201<br>MONROVIA CA 91016<br><br>**Secured creditor's email address**<br><br><br>**Date debt was incurred**<br><br>10/1/2021<br><br>**Last 4 digits of account number**<br><br><br>**Do multiple creditors have an interest in the same property?**<br><br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>1 SLM 280 TWIN LASER 400W TANK FEED SELECTIVE LASER MELTING SYSTEM, 20 SUBSTRATE PLATE SLM 280, 10 POWDER BOTTLE 5I, MAGICS SLM BUILD PROCESSOR SOFTWARE, MAGICS RP SOFTWARE, MAGICS SG + SOFTWARE<br><br>**Describe the lien**<br>EQUIPMENT PER LEASE AGREEMENT DTD 10/1/2021<br><br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes *Fill out Schedule H: Codebtors (Official Form 206H)*<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | $222,044.80 | UNDETERMINED |

| Debtor | **Dental Arts Laboratories, Inc.** | Case number (if known) **25-90272** |
|---|---|---|
| | Name | |

| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

| 2.2 | **Secured creditor name and mailing address** | **Describe debtor's property that is subject to a lien** | $12,259,333.00 | UNDETERMINED |
|---|---|---|---|---|

**Secured creditor name and mailing address**

NANO DIMENSION USA INC.
300 5TH AVE
SUITE 1010
WALTHAM MA 02451

**Secured creditor's email address**

**Describe debtor's property that is subject to a lien**

ALL ASSETS OF THE DEBTOR WHETHER NOW OWNED OR HEREAFTER ACQUIRED AND ALL PROCEEDS THEROF.

**Describe the lien**

SECOND PRIORITY LIEN - SECURED NOTE (TERM LOAN)

**Is the creditor an insider or related party?**

☐ No
☑ Yes

**Date debt was incurred**

4/30/2025

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☐ No
☑ Yes *Fill out Schedule H: Codebtors (Official Form 206H)*

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.

1) WILMINGTON SAVINGS FUND SOCIETY, FSB, AS AGENT $10M FIRST LIEN, 2) NANO DIMENSION USA INC. $12M SECOND LIEN, 3) WILMINGTON SAVINGS FUND SOCIETY, FSB, AS AGENT $30M THIRD LIEN

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

| Debtor | **Dental Arts Laboratories, Inc.** | Case number (if known) **25-90272** |
|---|---|---|
| | Name | |

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | | | |

| 2.3 | **Secured creditor name and mailing address** | **Describe debtor's property that is subject to a lien** | $23,520.00 | UNDETERMINED |
|---|---|---|---|---|

WATTS COPY SYSTEMS, INC.
PO BOX 609
CEDAR RAPIDS IA 52406

1 SHARP MX-3051 COLOR WORKGROUP SYSTEM, 2 KYOCERA M3645IDN MULTIFUNCTIONAL PRINTERS, 1 FUJITSU FI-7600 DOCUMENT SCANNER

**Secured creditor's email address**

**Describe the lien**

EQUIPMENT PER LEASE AGREEMENT DTD 5/13/2021

**Date debt was incurred**

5/13/2021

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

■ No
☐ Yes Fill out Schedule H: Codebtors (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor **Dental Arts Laboratories, Inc.**                                                    Case number (if known) **25-90272**
_____
Name

| | | Column A<br>Amount of claim<br><br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|
| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured<br>claim, list the creditor separately for each claim. | | | |

| 2.4 | **Secured creditor name and mailing address** | **Describe debtor's property that is subject to a lien** | $11,729,117.00 | UNDETERMINED |
|---|---|---|---|---|

**Secured creditor name and mailing address**

WILMINGTON SAVINGS FUND
SOCIETY, FSB, AS AGENT
500 DELAWARE AVENUE
11TH FLOOR
WILMINGTON DE 19801

**Secured creditor's email address**

**Date debt was incurred**

6/5/2025

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.

1) WILMINGTON SAVINGS FUND SOCIETY, FSB, AS AGENT $10M FIRST LIEN, 2) NANO DIMENSION USA INC. $12M SECOND LIEN, 3) WILMINGTON SAVINGS FUND SOCIETY, FSB, AS AGENT $30M THIRD LIEN

**Describe debtor's property that is subject to a lien**

ALL ASSETS OF THE DEBTOR WHETHER NOW OWNED OR HEREAFTER ACQUIRED, AND WHEREVER LOCATED.

**Describe the lien**

FIRST LIEN AHG SECURED NOTE (TERM LOAN)

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes *Fill out Schedule H: Codebtors (Official Form 206H)*

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

| Debtor | **Dental Arts Laboratories, Inc.** | Case number (if known) **25-90272** |
|---|---|---|
| | Name | |

| | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| 2.5 | **Secured creditor name and mailing address** | **Describe debtor's property that is subject to a lien** | $31,035,163.00 | UNDETERMINED |
|---|---|---|---|---|

WILMINGTON SAVINGS FUND SOCIETY, FSB, AS AGENT
500 DELAWARE AVENUE
11TH FLOOR
WILMINGTON DE 19801

**Secured creditor's email address**

**Date debt was incurred**

6/5/2025

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Specify each creditor, including this creditor and its relative priority.

1) WILMINGTON SAVINGS FUND SOCIETY, FSB, AS AGENT $10M FIRST LIEN, 2) NANO DIMENSION USA INC. $12M SECOND LIEN, 3) WILMINGTON SAVINGS FUND SOCIETY, FSB, AS AGENT $30M THIRD LIEN

ALL ASSETS OF THE DEBTOR WHETHER NOW OWNED OR HEREAFTER ACQUIRED, AND WHEREVER LOCATED.

**Describe the lien**

THIRD LIEN AHG SECURED ROLL-UP NOTE

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes *Fill out Schedule H: Codebtors (Official Form 206H)*

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☑ Disputed

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$55,269,177.80** |
|---|---|---|

Debtor **Dental Arts Laboratories, Inc.**                                    Case number (if known) **25-90272**

Name

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---------|---------------------------------------------------------------|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|------------------|------------------------------------------------------------|-------------------------------------------------|
| NANO DIMENSION USA INC., AS LENDER<br>C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>ATTN: K. ZIMAN, L. CLAYTON, J. RECHER<br>1285 AVENUE OF THE AMERICAS<br>NEW YORK NY 10019 | Line 2.2 | |
| NANO DIMENSION USA INC., AS LENDER<br>C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>ATTN: L. CLAYTON, J. ADLERSTEIN, K. ZIMAN,<br>1285 6TH AVE<br>NEW YORK NY 10019 | Line 2.2 | |
| NANO DIMENSION USA INC., AS LENDER<br>C/O PORTER HEDGES LLP<br>ATTN: J. HIGGINS, M. JOHNSON, M. YOUNG, J. STEVENS<br>1000 MAIN STREET 36TH FLOOR<br>HOUSTON TX 77002 | Line 2.2 | |
| WILMINGTON SAVINGS FUND SOCIETY, FSB, AS AGENT<br>C/O PAUL HASTINGS LLP<br>ATTN: CHARLES PERSONS<br>2001 ROSS AVENUE SUITE 2700<br>DALLAS TX 75201 | Line 2.4 | |
| WILMINGTON SAVINGS FUND SOCIETY, FSB, AS AGENT<br>C/O PAUL HASTINGS LLP<br>ATTN: D. FLIMAN, R. MONTEFUSCO, I. SASSON<br>200 PARK AVENUE<br>NEW YORK NY 10166 | Line 2.4 | |
| WILMINGTON SAVINGS FUND SOCIETY, FSB, AS AGENT<br>C/O PAUL HASTINGS LLP<br>ATTN: JOHN STORZ, DAN FLIMAN, ISAAC SASSON<br>200 PARK AVENUE<br>NEW YORK NY 10166 | Line 2.4 | |

**Fill in this information to identify the case:**

Debtor name     **Dental Arts Laboratories, Inc.**

United States Bankruptcy Court for the:     **Southern District of Texas (Houston)**

Case number (if known)     **25-90272**

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**     **List All Creditors with PRIORITY Unsecured Claims**

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $28,516.34 | $28,516.34 |
|  | COOK COUNTY TREASURER 118 NT CLARK S TREET, ROOM 320 CHICAGO IL 60602 | ■ Contingent ■ Unliquidated ☐ Disputed |  |  |
|  | **Date or dates debt was incurred** | **Basis for the claim:** POTENTIAL TAX LIABILITY |  |  |
|  | **Last 4 digits of account number** | **Is the claim subject to offset?** |  |  |
|  | **Specify Code subsection of PRIORITY unsecured claim: 8** | ■ No ☐ Yes |  |  |
| 2.2 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $13,218.87 | $13,218.87 |
|  | ILLINOIS DEPARTMENT OF REVENUE PO BOX 19053 SPRINGFIELD IL 62794-9053 | ■ Contingent ■ Unliquidated ☐ Disputed |  |  |
|  | **Date or dates debt was incurred** | **Basis for the claim:** POTENTIAL TAX LIABILITY |  |  |
|  | **Last 4 digits of account number** | **Is the claim subject to offset?** |  |  |
|  | **Specify Code subsection of PRIORITY unsecured claim: 8** | ■ No ☐ Yes |  |  |

| Debtor | **Dental Arts Laboratories, Inc.** | Case number (if known) | **25-90272** |
| --- | --- | --- | --- |
| | Name | | |

| | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.3**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $228.33 | $228.33 |
| --- | --- | --- | --- |

IOWA DEPARTMENT OF REVENUE
1305 E WALNUT ST FOURTH FLOOR 107
DES MOINES IA 50319

■ Contingent
■ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

Is the claim subject to offset?

**Specify Code subsection of PRIORITY unsecured claim: 8**

■ No
☐ Yes

---

**2.4**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $9,262.31 | $9,262.31 |
| --- | --- | --- | --- |

LAKE COUNTY TREASURER'S OFFICE
18 N. COUNTY STREET, ROOM 102
WAUKEGAN IL 60085

■ Contingent
■ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

Is the claim subject to offset?

**Specify Code subsection of PRIORITY unsecured claim: 8**

■ No
☐ Yes

---

**2.5**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $32,926.79 | $32,926.79 |
| --- | --- | --- | --- |

PEORIA COUNTY TREASURERYS
324 MAIN STREET
PEORIA IL 61602

■ Contingent
■ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

Is the claim subject to offset?

**Specify Code subsection of PRIORITY unsecured claim: 8**

■ No
☐ Yes

---

**2.6**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $20,760.90 | $20,760.90 |
| --- | --- | --- | --- |

SAINT LOUIS COUNTY COLLECTOR
105 S CENTRAL AVE
SAINT LOUIS MO 63105

■ Contingent
■ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

Is the claim subject to offset?

**Specify Code subsection of PRIORITY unsecured claim: 8**

■ No
☐ Yes

---

| Debtor | **Dental Arts Laboratories, Inc.** | Case number (if known) | **25-90272** |
|---|---|---|---|
| | Name | | |

| | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.7** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

Total claim: **$9,367.83**   Priority amount: **$9,367.83**

SANGAMON COUNTY CLERK
200 S T NINTH - 1 ST FLOOR
SPRINGFIELD IL 62701

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 8**

- ■ No
- ☐ Yes

**2.8** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

Total claim: **$10,562.03**   Priority amount: **$10,562.03**

SCOTT COUNTY TREASURER
35 E MARKET ST
WINCHESTER IL 62694

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 8**

- ■ No
- ☐ Yes

Debtor **Dental Arts Laboratories, Inc.** _____ Case number (if known) **25-90272** _____

Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $288,287.62 |
|---|---|---|---|

ACER DENTAL LAB
ATTN: ZOE
RM 903 9/F HART AVENUE PLAZA
5-9 HART AVENUE
TSIM SHA TSUI
HONG KONG

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>     **Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**     **Is the claim subject to offset?** ☐ No ☐ Yes

| 3.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $1,552.87 |
|---|---|---|---|

AIRGAS USA, LLC
PO BOX 734672
DALLAS TX 75373-4672

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>     **Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**     **Is the claim subject to offset?** ☐ No ☐ Yes

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $23.26 |
|---|---|---|---|

AIRWAY TECHNOLOGIES LLC
4300 ALPHA RD. SUITE #115
FARMERS BRANCH TX 75244

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>     **Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**     **Is the claim subject to offset?** ☐ No ☐ Yes

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $747.76 |
|---|---|---|---|

ALSCO INC.
315 LYNCH ST
SAINT LOUIS MO 63118

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>     **Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**     **Is the claim subject to offset?** ☐ No ☐ Yes

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $16,170.63 |
|---|---|---|---|

AMEREN ILLINOIS
300 LIBERTY
PEORIA IL 61602

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>     **Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**     **Is the claim subject to offset?** ☐ No ☐ Yes

Debtor  **Dental Arts Laboratories, Inc.** _____ Case number (if known) **25-90272** _____

Name

|  | Amount of claim |
|---|---|

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$2,423.79** |
|---|---|---|---|

AMEREN MISSOURI
1901 CHOUTEAU AVE
SAINT LOUIS MO 63103-3085

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$469,215.09** |
|---|---|---|---|

AMERICAN EXPRESS
ATTN: GENERAL COUNSEL
DEPT. LA 23409
PASADENA CA 91185-3409

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$175.00** |
|---|---|---|---|

ANGEL'S LAWN MAINTENANCE INC
PO BOX 493
LANSING IL 60438

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$355,152.78** |
|---|---|---|---|

ARGEN PRECIOUS METALS, INC.
ATTN: SCOTT ELDERS
DEPT. LA 23409
PASADENA CA 91185-3409

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$661.68** |
|---|---|---|---|

B&D SALES
19 FIFTH AVENUE
CRANSTON RI 02910

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

Debtor   **Dental Arts Laboratories, Inc.** _____   Case number (if known)   <u>25-90272</u>
         Name

|  |  | Amount of claim |
|---|---|---|

**3.11**  **Nonpriority creditor's name and mailing address**   **As of the petition filing date, the claim is:** Check all that apply   **$465.08**

BAY LAB USA
SUITE 100
DALLAS TX 75234

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>   **Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**   **Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.12**  **Nonpriority creditor's name and mailing address**   **As of the petition filing date, the claim is:** Check all that apply   **$7,957.60**

BERTRAM DENTAL LAB INC.
408 SECOND STREET
MENASHA WI 54952

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>   **Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**   **Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.13**  **Nonpriority creditor's name and mailing address**   **As of the petition filing date, the claim is:** Check all that apply   **$6,555.61**

BITLER HEATING INC.
821 NORTH HIGH STREET
PORT BYRON IL 61275

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>   **Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**   **Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.14**  **Nonpriority creditor's name and mailing address**   **As of the petition filing date, the claim is:** Check all that apply   **$808.08**

BRASSELER USA INC
ONE BRASSELER BLVD.
SAVANNAH GA 31419

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>   **Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**   **Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.15**  **Nonpriority creditor's name and mailing address**   **As of the petition filing date, the claim is:** Check all that apply   **$151.50**

BURNES-CITADEL SECURITY CO
5027 COLUMBIA AVE
SAINT LOUIS MO 63139

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>   **Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**   **Is the claim subject to offset?**   ☐ No   ☐ Yes

---

Debtor  **Dental Arts Laboratories, Inc.** _____  Case number (if known) __25-90272__

Name

| | | Amount of claim |
|---|---|---|

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $52,575.55

CARTER PAPER & PACKAGING
3400 SW WASHINGTON STREET
PEORIA IL 61602

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $311.90

CERTAINTEED CONSULTING
407 KENWOOD STREET
LA PORTE IN 46350

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $285.00

CGT MARKETING
275-B DIXON AVENUE
AMITYVILLE NY 11701

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $2,539.42

CHROMALOX, INC.
P.O. BOX 536435
ATLANTA GA 30353-6435

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $1,889.08

CINTAS CORPORATION #342
PO BOX 630921
CINCINNATI OH 45263-0921

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

Debtor  **Dental Arts Laboratories, Inc.** _____ Case number (if known) __25-90272__

Name

| | | Amount of claim |
|---|---|---|

**3.21** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$331.82**

CITY OF DAVENPORT
226 WEST 4TH STREET
DAVENPORT IA 52801

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,386.00**

CITY OF PEORIA /TREASURER'S
419 FULTON STREET
PEORIA IL 61602-1275

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$93.71**

CITY WATER LIGHT & POWER
300 S. 7TH ST
SPRINGFIELD IL 62701

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$85.80**

COCKER-WEBER
P.O. BOX 97
TELFORD PA 18969

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$322,390.46**

COLGIN & KNUEPPEL ENTERPRISES LLC
7515 N. EDGEWILD DRIVE
PEORIA IL 61614

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>LEASE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

| Debtor | **Dental Arts Laboratories, Inc.** | Case number (if known) | **25-90272** |
|---|---|---|---|
| | Name | | |

| | | | Amount of claim |
|---|---|---|---|

**3.26** **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

$765.71

COMCAST
30 ROCKEFELLER PLAZA
NEW YORK NY 10020

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.27** **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

$5,430.74

COMMONWEALTH EDISON
10 S DEARBORN ST
FL 53
CHICAGO IL 60603

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.28** **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

$133.20

CONFIDENTIAL SECURITY CORP
8723 N INDUSTRIAL ROAD
PEORIA IL 61615

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.29** **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

$97.69

CONSTELLATION NEWENERGY-GAS DIVISION, LLC
1310 POINT ST.
8TH FLOOR
BALTIMORE MD 21231

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.30** **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

$796.00

COSMETIC SPECIALTIES INC.
2123 PENN AVE
WEST LAWN PA 19609

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

Debtor **Dental Arts Laboratories, Inc.** _____ Case number (if known) **25-90272**

Name

|  | | **Amount of claim** |
|---|---|---|

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | **$72,239.94** |

CREO DENT
1769 NY-52
FISHKILL NY 12524

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | **$10,326.08** |

DELL FINANCIAL SERVICES LLC
P.O. BOX 5292
CAROL STREAM IL 60197-5292

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | **$2,315.00** |

DENTAURUM INC.
SUITE 100
LANGHORNE PA 19047

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | **$13,860.61** |

DENTSPLY IMPLANTS
P.O. BOX 822462
PHILADELPHIA PA 19182-2462

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | **$2,285.50** |

DENTSPLY NORTH AMERICA LLC
SUITE 60W
YORK PA 17401

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

Debtor  **Dental Arts Laboratories, Inc.** _____ Case number (if known) __25-90272__

Name

| | Amount of claim |
|---|---|

**3.36** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$2,318.53**

DENTSPLY SIRONA INC
221 W. PHILADELPHIA ST
SUITE 60W
YORK PA 17401

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.37** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$5,290.95**

ETI EMPIRE DIRECT
P.O. BOX 6972
ORANGE CA 92863-6972

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.38** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$2,882.00**

EVO 820
1 BAYA STREET
LADERA RANCH CA 92694

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.39** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$79,478.00**

EXOCAD
301 EDGEWATER DRIVE SUITE 330
WAKEFIELD MA 01880

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.40** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$411,368.19**

FEDERAL EXPRESS
ATTN: JOSH CERBAS
P.O. BOX 371461
PITTSBURGH PA 15250

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

Debtor **Dental Arts Laboratories, Inc.** _____ Case number (if known) **25-90272** _____

Name

|  | | **Amount of claim** |
|---|---|---|

**3.41** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$8,382.89**

FEDEX
942 SOUTH SHADY GROVE ROAD
2ND FLOOR
MEMPHIS TN 38120

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.42** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$275.29**

FEDEX FREIGHT
DEPT CH
PO BOX 10306
PALATINE IL 60055

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.43** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$364.90**

FIRESTONE COMPLETE AUTO CARE
PO BOX 403727
ATLANTA GA 30384-3727

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.44** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$87.57**

FORESTADENT USA
3451 RIDER TRAIL SOUTH
EARTH CITY MO 63045

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.45** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$1,303.77**

FRICKE INTERNATIONAL
165 ROMA JEAN PKWY
STREAMWOOD IL 60107

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

| Debtor | **Dental Arts Laboratories, Inc.** | Case number (if known) | 25-90272 |
|---|---|---|---|
| | Name | | |

| | | **Amount of claim** |
|---|---|---|

**3.46** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | **$6,534.80**

GARLAND DENTAL SERVICES
6036 JET PORT INDUSTRIAL BLVD
TAMPA FL 33634

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.47** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | **$5,523.69**

GLADSTONE GROUP I, INC.
P.O. BOX 87
CARY IL 60013

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.48** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | **$38,814.21**

GLADSTONE GROUP I, INC.
P.O. BOX 87
CARY IL 60013

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** LEASE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.49** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | **$6,527.47**

GLIDEWELL LABORATORIES
4141 MAC ARTHUR BLVD
NEWPORT BEACH CA 92660

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.50** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | **$119.46**

GRAINGER, INC.
DEPT 808034854
PALATINE IL 60038-0001

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

Debtor  **Dental Arts Laboratories, Inc.** _____  Case number (if known)  **25-90272**
　　　　Name

|  | | Amount of claim |
|---|---|---|

| 3.51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $802.31 |
|---|---|---|---|

GREATER PEORIA SANITARY DISTRICT
2322 SOUTH DARST STREET
PEORIA IL 61607-2093

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $10,810.90 |
|---|---|---|---|

GREEN LIGHT EXPRESS, LTD.
5106 PEARL ST.
SCHILLER PARK IL 60176

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $400.65 |
|---|---|---|---|

HINCKLEY SPRINGS
PO BOX 660579
DALLAS TX 75266-0579

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $3,627.86 |
|---|---|---|---|

HTE TECHNOLOGIES INC
PO BOX 950516
ST LOUIS MO 63195

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $4,579.25 |
|---|---|---|---|

IGS ENERGY
6100 EMERALD PARKWAY
DUBLIN OH 43016

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

Debtor  **Dental Arts Laboratories, Inc.** _____ Case number (if known) __25-90272__

Name

| | Amount of claim |
|---|---|

**3.56** Nonpriority creditor's name and mailing address

ILLINOIS AMERICAN WATER
1000 INTERNATIONALE PARKWAY
WOODRIDGE IL 60517

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

As of the petition filing date, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:<u>TRADE</u>

Is the claim subject to offset?  ☐ No  ☐ Yes

**$1,651.13**

---

**3.57** Nonpriority creditor's name and mailing address

IOWA AMERICAN WATER
3409 RESEARCH PARKWAY
DAVENPORT IA 52806

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

As of the petition filing date, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:<u>TRADE</u>

Is the claim subject to offset?  ☐ No  ☐ Yes

**$351.96**

---

**3.58** Nonpriority creditor's name and mailing address

IPD USA CORP
1330 SW 22ND ST STE 200
MIAMI FL 33145

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

As of the petition filing date, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:<u>TRADE</u>

Is the claim subject to offset?  ☐ No  ☐ Yes

**$13,070.15**

---

**3.59** Nonpriority creditor's name and mailing address

ITU ABSORB TECH, INC
BIN 88479
MILWAUKEE WI 53288-0479

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

As of the petition filing date, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:<u>TRADE</u>

Is the claim subject to offset?  ☐ No  ☐ Yes

**$201.38**

---

**3.60** Nonpriority creditor's name and mailing address

IVOCLAR VIVADENT INC.
P.O. BOX 1004
BUFFALO NY 14240

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

As of the petition filing date, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:<u>TRADE</u>

Is the claim subject to offset?  ☐ No  ☐ Yes

**$7,327.16**

---

Debtor   **Dental Arts Laboratories, Inc.** _____   Case number (if known)   **25-90272**

Name

| | Amount of claim |
|---|---|

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $349.89 |

J. J. KELLER & ASSOCIATES, INC.
PO BOX 735492
CHICAGO IL 60673

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

Basis for the claim:<u>TRADE</u>

**Last 4 digits of account number**

Is the claim subject to offset?   ☐ No   ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $852.53 |

JENSEN INDUSTRIES, INC.
P.O. BOX 514
NORTH HAVEN CT 06473

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

Basis for the claim:<u>TRADE</u>

**Last 4 digits of account number**

Is the claim subject to offset?   ☐ No   ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $10,350.00 |

JIMAX LLC
3545 SE JIMAX PL
PEORIA IL 61605

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

Basis for the claim:<u>TRADE</u>

**Last 4 digits of account number**

Is the claim subject to offset?   ☐ No   ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $724.00 |

KEYSTONE DENTAL GROUP
154 MIDDLESEX TURNPIKE
BURLINGTON MA 01803

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

Basis for the claim:<u>TRADE</u>

**Last 4 digits of account number**

Is the claim subject to offset?   ☐ No   ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $957.71 |

KOMET USA LLC
1057 RED VENTURES DRIVE
SUITE 100
FORT MILL SC 29707

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

Basis for the claim:<u>TRADE</u>

**Last 4 digits of account number**

Is the claim subject to offset?   ☐ No   ☐ Yes

---

| Debtor | **Dental Arts Laboratories, Inc.** | Case number (if known) | **25-90272** |
|---|---|---|---|

Name

| | | **Amount of claim** |
|---|---|---|

**3.66**

Nonpriority creditor's name and mailing address

LAKE COUNTY COLLECTOR
18 N COUNTY STREET, SUITE 102
WAUKEGAN IL 60085-4361

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

As of the petition filing date, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:<u>TRADE</u>

Is the claim subject to offset?   ☐ No   ☐ Yes

**$9,635.36**

---

**3.67**

Nonpriority creditor's name and mailing address

LANSING DENTAL LAB LLC
9234 WILDWOOD DRIVE
HIGHLAND IN 46322

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

As of the petition filing date, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:<u>TRADE</u>

Is the claim subject to offset?   ☐ No   ☐ Yes

**$140.00**

---

**3.68**

Nonpriority creditor's name and mailing address

LINDE GAS & EQUIPMENT INC.
DEPT 0812
PO BOX 120812
DALLAS TX 75312

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

As of the petition filing date, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:<u>TRADE</u>

Is the claim subject to offset?   ☐ No   ☐ Yes

**$59.94**

---

**3.69**

Nonpriority creditor's name and mailing address

M & J DENTAL CREATIONS
ATTN: THERESA MERCER
1029 WEST 35TH STREET
DAVENPORT IA 52806-5809

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

As of the petition filing date, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:<u>TRADE</u>

Is the claim subject to offset?   ☐ No   ☐ Yes

**$500.00**

---

**3.70**

Nonpriority creditor's name and mailing address

MAGIC TOUCH SOFTWARE
SUITE 258
SAN MARCOS CA 92069

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

As of the petition filing date, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:<u>TRADE</u>

Is the claim subject to offset?   ☐ No   ☐ Yes

**$32,451.00**

---

Debtor  **Dental Arts Laboratories, Inc.** _____  Case number (if known)  **25-90272**
Name

| | Amount of claim |
|---|---|

**3.71** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$177.78**

MCCLOUD SERVICES
1635 NORTH LANCASTER ROAD
SOUTH ELGIN IL 60177-2703

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>  **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**  Is the claim subject to offset? ☐ No ☐ Yes

---

**3.72** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$353.60**

METROPOLITAN ST LOUIS SEWER
2350 MARKET STREET
ST. LOUIS MO 63103-2555

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>  **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**  Is the claim subject to offset? ☐ No ☐ Yes

---

**3.73** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$9,982.07**

MICHAEL KULWIEC
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>  **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**  Is the claim subject to offset? ☐ No ☐ Yes

---

**3.74** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$1,366.90**

MIDAMERICAN ENERGY
666 GRAND AVENUE
P.O. BOX 657
DES MOINES IA 50306-0657

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>  **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**  Is the claim subject to offset? ☐ No ☐ Yes

---

**3.75** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$424.49**

MILLENNIUM WASTE, INC.
PO BOX 535233
PITTSBURGH PA 15253

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>  **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**  Is the claim subject to offset? ☐ No ☐ Yes

---

Debtor   **Dental Arts Laboratories, Inc.** _____   Case number (if known)   **25-90272**
       Name

|  |  | Amount of claim |
|---|---|---|

| 3.76 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$896.51** |
|---|---|---|---|

MISSOURI-AMERICAN WATER
727 CRAIG ROAD
ST. LOUIS MO 63141

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$805.19** |
|---|---|---|---|

MOOD MEDIA
P.O. BOX 71070
CHARLOTTE NC 28272-1070

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$8,613.86** |
|---|---|---|---|

MYERSON LLC
5106 NORTH RAVENSWOOD AVENUE
CHICAGO IL 60640

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$35,683.93** |
|---|---|---|---|

NATIONAL FACILITIES DIRECT, CORP
30 WALL STREET 8TH FLOOR
NEW YORK NY 10005

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$97.79** |
|---|---|---|---|

NICOR GAS
1844 FERRY ROAD.
NAPERVILLE IL 60563-9600

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

Debtor   **Dental Arts Laboratories, Inc.** _____ Case number (if known) **25-90272**
Name

|  | | **Amount of claim** |
|---|---|---|

| 3.81 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,513.74** |

NOBEL BIOCARE
33201 COLLECTION CENTER DRIVE
CHICAGO IL 60693-0032

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>   **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**   **Is the claim subject to offset?** ☐ No ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$97.34** |

NORTH SHORE GAS
200 E. RANDOLPH ST.
CHICAGO IL 60601-6302

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>   **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**   **Is the claim subject to offset?** ☐ No ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$479.97** |

NOWAK DENTAL SUPPLIES INC
6716 HWY 11
CARRIERE MS 39426

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>   **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**   **Is the claim subject to offset?** ☐ No ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$13,605.00** |

OBERLANDER ALARM SYSTEMS INC
2216 W ALTFORFER DRIVE
PEORIA IL 61615

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>   **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**   **Is the claim subject to offset?** ☐ No ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$642.73** |

OFFICE ESSENTIALS
1834 WALTON RD
ST LOUIS MO 63114

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>   **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**   **Is the claim subject to offset?** ☐ No ☐ Yes

| Debtor | **Dental Arts Laboratories, Inc.** | Case number (if known) | 25-90272 |
|---|---|---|---|
| | Name | | |

| | | **Amount of claim** |
|---|---|---|

| 3.86 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,494.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

ORBIX DENTAL PRODUCTS, INC.
38 STATION ROAD
SUDBURY MA 01776

**Date(s) debt was incurred** <u>VARIOUS</u>          **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**          **Is the claim subject to offset?**  ☐ No  ☐ Yes

| 3.87 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$7,000.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

PANTHERA DENTAL
9105 RUE JOHN-SIMONS
QUEBEC QC G2B 0S6
CANADA

**Date(s) debt was incurred** <u>VARIOUS</u>          **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**          **Is the claim subject to offset?**  ☐ No  ☐ Yes

| 3.88 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$203.77** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

PATTERSON DENTAL SUPPLY INC
28244 NETWORK PLACE
CHICAGO IL 60673-1282

**Date(s) debt was incurred** <u>VARIOUS</u>          **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**          **Is the claim subject to offset?**  ☐ No  ☐ Yes

| 3.89 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$33,107.64** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

PEORIA COUNTY COLLECTOR
P.O. BOX 1925
PEORIA IL 61656-1925

**Date(s) debt was incurred** <u>VARIOUS</u>          **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**          **Is the claim subject to offset?**  ☐ No  ☐ Yes

| 3.90 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$53.07** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

PEORIA PLAZA TIRE
1800 S.W. WASHINGTON
PEORIA IL 61602

**Date(s) debt was incurred** <u>VARIOUS</u>          **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**          **Is the claim subject to offset?**  ☐ No  ☐ Yes

Debtor  **Dental Arts Laboratories, Inc.** —————————————————— Case number (if known)  **25-90272** ——————
　　　　Name

|  | | Amount of claim |
|---|---|---|

| 3.91 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $237.32 |
|---|---|---|---|

PITNEY BOWES GLOBAL FINANCIAL SERVICES LLC
PO BOX 371887
PITTSBURGH PA 15250-7887

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

| 3.92 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $157,612.46 |
|---|---|---|---|

PNC
301 SW ADAMS ST
PEORIA IL 61602

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

| 3.93 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $1,305.00 |
|---|---|---|---|

POSCA DENTAL SUPPLY INC
3870 E EAGLE DR
ANAHEIM CA 92807

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

| 3.94 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $2,137.90 |
|---|---|---|---|

PREAT CORPORATION
2625 SKYWAY DR SUITE B
SANTA MARIA CA 93455

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

| 3.95 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $7,592.26 |
|---|---|---|---|

PRIMOTEC LLC
2ND FLOOR
NORWALK CT 06851

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

Debtor **Dental Arts Laboratories, Inc.** ——————————— Case number (if known) **25-90272**

Name

| | | Amount of claim |
|---|---|---|

**3.96** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | **$928.08** |

PURITAN SPRINGS WATER
1709 N KICKAPOO ST
LINCOLN IL 62656-1366

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.97** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | **$242.30** |

PURITY PLUS WATER SYSTEMS
PO BOX 713423
CHICAGO IL 60677

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.98** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | **$1,000.00** |

QUADIENT FINANCE USA, INC. POSTAGE FUNDING
PO BOX 6813
CAROL STREAM IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.99** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | **$227.59** |

QUADIENT LEASING USA, INC.
478 WHEELERS FARMS RD
MILFORD CT 06461

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.100** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | **$239.32** |

QUALITY WATER SERVICES, INC.
2200 LAKECREST DRIVE
PEKIN IL 61554

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

| Debtor | **Dental Arts Laboratories, Inc.** | Case number (if known) | 25-90272 |
|---|---|---|---|
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|
| 3.101 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $122.00 |
| | | ☐ Contingent | |
| | RED CARPET CAR WASH, INC. | ☐ Unliquidated | |
| | 505 N.E. JEFFERSON STREET | ☐ Disputed | |
| | PEORIA IL 61603 | | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:** <u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

| 3.102 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $843.34 |
|---|---|---|---|
| | | ☐ Contingent | |
| | REPUBLIC SERVICES | ☐ Unliquidated | |
| | 18500 NORTH ALLIED WAY | ☐ Disputed | |
| | PHOENIX AZ 85054 | | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:** <u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

| 3.103 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $757.01 |
|---|---|---|---|
| | | ☐ Contingent | |
| | REPUBLIC SVC #551 | ☐ Unliquidated | |
| | PO BOX 713502 | ☐ Disputed | |
| | CHICAGO IL 60677 | | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:** <u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

| 3.104 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $2,704.34 |
|---|---|---|---|
| | | ☐ Contingent | |
| | ROB COLGIN | ☐ Unliquidated | |
| | ADDRESS ON FILE | ☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:** <u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

| 3.105 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $1,918.88 |
|---|---|---|---|
| | | ☐ Contingent | |
| | SAGE SOFTWARE, INC | ☐ Unliquidated | |
| | 14855 COLLECTIONS CENTER DR | ☐ Disputed | |
| | CHICAGO IL 60693 | | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:** <u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

Debtor  **Dental Arts Laboratories, Inc.** _____  Case number (if known)  **25-90272**
<span style="margin-left:2em">Name</span>

| | | Amount of claim |
|---|---|---|

| 3.106 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,800.00** |
|---|---|---|---|
| | SARA MCCANDLESS<br>ADDRESS ON FILE | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

| 3.107 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$234.27** |
|---|---|---|---|
| | SECURITAS TECHNOLOGY CORPORATION<br>DEPT CH 10651<br>PALATINE IL 60055 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

| 3.108 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$53,235.08** |
|---|---|---|---|
| | SENTINEL TECHNOLOGIES, INC<br>PO BOX 85080<br>CHICAGO IL 60680 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

| 3.109 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$137.87** |
|---|---|---|---|
| | SENTRY SECURITY , LLC.<br>75 REMITTANCE DR, DEPT 6805<br>CHICAGO IL 60675-6805 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

| 3.110 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,893.61** |
|---|---|---|---|
| | SIERRA DENTAL TOOL<br>3300 NICOLAUS RD<br>LINCOLN CA 95648 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

| Debtor | **Dental Arts Laboratories, Inc.** | Case number (if known) | **25-90272** |
|---|---|---|---|
| | Name | | |

| | | **Amount of claim** |
|---|---|---|

| 3.111 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $294.00 |

SMILE SHAPERS
SUITE 104
LOUISVILLE KY 40223

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

| 3.112 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $8,623.40 |

SMITH CUSTODIAL SERVICES, INC.
6218 S CHEYENNE DRIVE
PEORIA IL 61607

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

| 3.113 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $2,788.16 |

SPACE MAINTAINERS LABORATORIES
9129 LURLINE AVENUE
CHATSWORTH CA 91311

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

| 3.114 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $190.33 |

SPIRE
8000 TOWERS CRESCENT DRIVE
SUITE 1100
VIENNA VA 22182

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

| 3.115 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $2,367.19 |

STAPLES
PO BOX 660409
DALLAS TX 75266

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

Debtor **Dental Arts Laboratories, Inc.** _____ Case number (if known) __25-90272__

Name

| | Amount of claim |
|---|---|
| 3.116 **Nonpriority creditor's name and mailing address** | $687.68 |

As of the petition filing date, the claim is: Check all that apply

STARLIGHT MANUFACTURING INC
P.O. BOX #158
HERTFORD NC 27944

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

Basis for the claim:<u>TRADE</u>

**Last 4 digits of account number**

Is the claim subject to offset? ☐ No ☐ Yes

---

| | |
|---|---|
| 3.117 **Nonpriority creditor's name and mailing address** | $118.31 |

As of the petition filing date, the claim is: Check all that apply

STERNGOLD DENTAL, LLC
23 FRANK MOSSBERG DR
ATTLEBORO MA 02703

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

Basis for the claim:<u>TRADE</u>

**Last 4 digits of account number**

Is the claim subject to offset? ☐ No ☐ Yes

---

| | |
|---|---|
| 3.118 **Nonpriority creditor's name and mailing address** | $21,939.61 |

As of the petition filing date, the claim is: Check all that apply

STRATUS NETWORKS, INC.
PO BOX 20260
SPRINGFIELD IL 62708-0260

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

Basis for the claim:<u>TRADE</u>

**Last 4 digits of account number**

Is the claim subject to offset? ☐ No ☐ Yes

---

| | |
|---|---|
| 3.119 **Nonpriority creditor's name and mailing address** | $13,079.54 |

As of the petition filing date, the claim is: Check all that apply

STRAUMANN USA, LLC
PO BOX 414029
BOSTON MA 02241-4029

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

Basis for the claim:<u>TRADE</u>

**Last 4 digits of account number**

Is the claim subject to offset? ☐ No ☐ Yes

---

| | |
|---|---|
| 3.120 **Nonpriority creditor's name and mailing address** | $983.60 |

As of the petition filing date, the claim is: Check all that apply

SUBURBAN MODEL LAB
417 W OLIVE ST
PROSPECT HEIGHTS IL 60070

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

Basis for the claim:<u>TRADE</u>

**Last 4 digits of account number**

Is the claim subject to offset? ☐ No ☐ Yes

---

| Debtor | **Dental Arts Laboratories, Inc.** | Case number (if known) | 25-90272 |
|---|---|---|---|
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|

| 3.121 | **Nonpriority creditor's name and mailing address**<br><br>SYNERGY DENTAL PARTNERS, LLC<br>SUITE E #598<br>CHARLOTTE NC 28203 | **As of the petition filing date, the claim is:** Check all that apply<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $12,889.64 |
|---|---|---|---|
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

| 3.122 | **Nonpriority creditor's name and mailing address**<br><br>SYSTEMAX<br>2606 W ALTORFER DRIVE<br>PEORIA IL 61615 | **As of the petition filing date, the claim is:** Check all that apply<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,847.29 |
|---|---|---|---|
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

| 3.123 | **Nonpriority creditor's name and mailing address**<br><br>TALLADIUM, INC.<br>ATTN: GEOFF HARMS<br>27360 MUIRFIELD LN<br>VALENCIA CA 91355 | **As of the petition filing date, the claim is:** Check all that apply<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $439.28 |
|---|---|---|---|
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

| 3.124 | **Nonpriority creditor's name and mailing address**<br><br>TAX COLLECTOR<br>PO BOX 19400<br>SPRINGFIELD IL 62794-9400 | **As of the petition filing date, the claim is:** Check all that apply<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $9,226.46 |
|---|---|---|---|
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

| 3.125 | **Nonpriority creditor's name and mailing address**<br><br>ULINE, INC<br>2200 S LAKESIDE DRIVE<br>WAUKEGAN IL 60085 | **As of the petition filing date, the claim is:** Check all that apply<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,534.82 |
|---|---|---|---|
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

Debtor   **Dental Arts Laboratories, Inc.** _____   Case number (if known)   **25-90272** _____

Name

| | | Amount of claim |
|---|---|---|

| 3.126 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | |
|---|---|---|---|
| | | ☐ Contingent | **$255.97** |
| | UNIFIRST CORPORATION<br>PO BOX 650481<br>DALLAS TX 75265 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

| 3.127 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | |
|---|---|---|---|
| | | ☐ Contingent | **$1,854.94** |
| | US DEPARTMENT OF VETERANS AFFAIRS<br>VA MEDICAL CENTER<br>1900 E MAIN ST<br>DANVILLE IL 61832 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

| 3.128 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | |
|---|---|---|---|
| | | ☐ Contingent | **$120.66** |
| | VALVOLINE<br>PO BOX 74008513<br>CHICAGO IL 60674 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

| 3.129 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | |
|---|---|---|---|
| | | ☐ Contingent | **$66,729.00** |
| | V-BEST DENTAL TECHNOLOGY LMT<br>111 HOW MING STREET<br>FUTURA PLAZA<br>ROOM 2103<br>KWUN TONG<br>HONG KONG | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

| 3.130 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | |
|---|---|---|---|
| | | ☐ Contingent | **$285.51** |
| | VESTIS FIRST AID & SAFETY<br>PO BOX 734514<br>DALLAS TX 75373 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

Debtor **Dental Arts Laboratories, Inc.** _____ Case number (if known) **25-90272**
Name

| | | Amount of claim |
|---|---|---|

**3.131** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$3,065.00**

VHUB SERVICE AND TRADING COMPANY
LIMITED
VHUB 320 NGUYEN THUONG HIEN
PHU NHUAN DISTRICT
HO CHI MINH CITY
VIETNAM

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>      **Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**      **Is the claim subject to offset?**  ☐ No  ☐ Yes

---

**3.132** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$300.16**

VILLAGE OF LANSING
3141 RIDGE ROAD
LANSING IL 60438

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>      **Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**      **Is the claim subject to offset?**  ☐ No  ☐ Yes

---

**3.133** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$154.96**

VILLAGE OF LINCOLNSHIRE
ONE OLDE HALF DAY ROAD
LINCOLNSHIRE IL 60069

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>      **Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**      **Is the claim subject to offset?**  ☐ No  ☐ Yes

---

**3.134** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$97,052.45**

VITA NORTH AMERICA INC
3150 E. BIRCH STREET
BREA CA 92821

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>      **Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**      **Is the claim subject to offset?**  ☐ No  ☐ Yes

---

**3.135** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$2,103.61**

WASTE MANAGEMENT
800 CAPITOL ST STE 2500
HOUSTON TX 77002-2944

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>      **Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**      **Is the claim subject to offset?**  ☐ No  ☐ Yes

---

Debtor **Dental Arts Laboratories, Inc.** _____ Case number (if known) **25-90272**

Name

| | | Amount of claim |
|---|---|---|

**3.136** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | **$1,028.48** |

WATTS COPY SYSTEMS, INC.
PO BOX 660831
DALLAS TX 75266

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.137** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | **$6,175.74** |

XEROX IT SOLUTIONS
401 MERRITT 7
NORWALK CT 06851-1069

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.138** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | **$42,946.35** |

ZAHN DENTAL INC
135 DURYEA ROAD
MELVILLE NY 11747

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.139** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | **$2,609.28** |

ZEST ANCHORS
2875 LOKER AVE E
CARLSBAD CA 92010

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.140** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | **$3,227.20** |

ZIMVIE
4555 RIVERSIDE DRIVE
PALM BEACH GARDENS FL 33410

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

| Debtor | **Dental Arts Laboratories, Inc.** | Case number (if known) | **25-90272** |
|---|---|---|---|
| | Name | | |

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed ? | Last 4 digits of account number, if any |
|---|---|---|

Debtor **Dental Arts Laboratories, Inc.**                                    Case number (if known) **25-90272**

Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a.   $ | 124,843.40 |
| **5b. Total claims from Part 2** | 5b. +  $ | 2,968,289.09 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c.   $ | 3,093,132.49 |

**Fill in this information to identify the case:**

Debtor name **Dental Arts Laboratories, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS (HOUSTON)

Case number (if known) **25-90272**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

■ **Declaration and Signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐  *Schedule H: Codebtors* (Official Form 206H)

■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  *Amended Schedule* _____

☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **August 12, 2025**      χ **/s/ Andrew Hinkelman**
                                                    Signature of individual signing on behalf of the debtor

                                                    **Andrew Hinkelman**
                                                    Printed name

                                                    **Chief Restructuring Officer**
                                                    Position or relationship to debtor

Official Form 202              **Declaration Under Penalty of Perjury for Non-Individual Debtors**